

FILED

FEB 26 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division

4  MOLLY A. SMOLEN (CABN 293328)
   Assistant United States Attorney

5

6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6779
7  FAX: (415) 436-7234
   Molly.smolen@usdoj.gov

8

   Attorneys for United States of America

9

                    UNITED STATES DISTRICT COURT

10

                   NORTHERN DISTRICT OF CALIFORNIA

11                                                              **MAG**

                    SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,              )  NO.:  **3 20 70233**
                                           )
14        Plaintiff,                       )
                                           )
15     v.                                  )
                                           )
16  RICHARD EUGENE HARTMAN,                )  [PROPOSED] SEALING ORDER
                                           )
17                                         )
          Defendant.                       )
18                                         )
                                           )
19  _____ )

20

21        Upon motion of the United States and good cause having been shown, IT IS HEREBY

22  ORDERED that the government's application for a sealing order, the sealing order, the complaint and

23  arrest warrant in the above-referenced case, shall be filed under seal until further order of the court,

24  except that the Clerk of Court shall provide copies of the sealed documents to employees of the United

25  States Attorney's Office.  The United States Attorney's Office is permitted to share these documents as

26  necessary with counsel for any defendant charged as a result of this investigation and with the FBI,

27  which should be allowed to share these materials with other law enforcement and intelligence agencies,

28

1  including foreign law enforcement and intelligence agencies, for use in investigation and prosecution.

2

3  IT IS SO ORDERED.

4  DATED: _____ 2/26/2020

5

6  _____
   HON. JOSEPH C. SPERO
   UNITED STATES CHIEF MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28