1  STEVEN G. KALAR
   Federal Public Defender
2  Northern District of California
   A. Hansen
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone:  (510) 637-3500
   Facsimile:  (510) 637-3507
6

7  Counsel for Defendant  Hartman

FILED

FEB 28 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: 3-20-70233 |
|---|---|
| Plaintiff, | ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS |
| v. | |
| Richard Hartman, | |
| Defendant. | |

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking my waiver of any rights, unless my counsel is present.

_____       2/28/20         11:20am
Defendant                        Date            Time

_____       2/28/20         10:55am
Assistant Federal Public Defender  Date          Time

ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS