# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

FILED
MAR 12 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

**CASE NAME:** USA v. RICHARD EUGENE HARTMAN

**CASE NUMBER:** CR   CR 20 126   VC

**Is This Case Under Seal?**   Yes   No ✓

**Total Number of Defendants:**   1 ✓   2-7   8 or more

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**   Yes   No ✓

**Venue (Per Crim. L.R. 18-1):**   SF ✓   OAK   SJ

**Is this a potential high-cost case?**   Yes   No ✓

**Is any defendant charged with a death-penalty-eligible crime?**   Yes   No ✓

**Is this a RICO Act gang case?**   Yes   No ✓

**Assigned AUSA (Lead Attorney):** Molly A. Smolen

**Date Submitted:** 03/11/2020

**Comments:**
Relates to Case No. 3-20-70233-MAG

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM   SAVE PDF