1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MOLLY A. SMOLEN (CABN 293328)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6779
7       FAX: (415) 436-7234
        Molly.smolen@usdoj.gov
8
   Attorneys for United States of America
9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,                )   **CASE NO. CR-20-00126-VC**
                                            )
14        Plaintiff,                        )   **STIPULATION TO EXCLUDE TIME AND**
                                            )
15     v.                                   )   **[PROPOSED] ORDER**
                                            )
16  RICHARD HARTMAN,                        )
                                            )
17                                          )
          Defendant.                        )
18

19        This matter was set for an initial appearance before the Court on April 28, 2020. On March 31,

20 2020, the Court issued a Clerk's Notice resetting that initial appearance to May 26, 2020.

21        The parties together request that the time between April 28, 2020, and the next court date, but at

22 least until May 26, 2020, be excluded from any time limits applicable under the Speedy Trial Act, 18

23 U.S.C. § 3161. An exclusion of time is appropriate because:

24        The Court may appropriately exclude time on ends-of-justice grounds. The country's public

25 health interest in stemming the spread of COVID-19 outweighs the interest of the "public and the

26 defendant in a speedy trial." § 31671(h)(7)(A); *see also Furlow v. United States*, 644 F.2d 764 (9th Cir.

27 1981) (finding no Speedy Trial Act violation where the district court granted an ends-of-justice

28 continuance following the eruption of Mt. St. Helens).

STIPULATION AND [PROPOSED] ORDER            1
CR-20-00126-VC

1  A failure to grant the requested continuance would unreasonably deny defense counsel the
2  reasonable time necessary for effective preparation, taking into account the exercise of due diligence
3  because her ability to meet with the client and review discovery may be constrained by shelter-in-place
4  and quarantines.  § 3161(h)(7)(B)(iv).

5  The Court may also exclude time for continuity of counsel for the same reasons.  *Id.*

6  The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) through May
7  26, 2020, to allow for the effective preparation of counsel and continuity of counsel, taking into account
8  the exercise of due diligence, as defense counsel continues to investigate the case, review the evidence,
9  and consult with her client.

11  IT IS SO STIPULATED.

12  DATED: April 1, 2020                             /s/
                                                     MOLLY A. SMOLEN
13                                                   Assistant United States Attorney

15  DATED:  April 1, 2020                            /s/
                                                     ANGELA HANSEN
                                                     Assistant Federal Public Defender
16                                                   Counsel for Defendant Hartman

17  IT IS SO ORDERED.

19  DATED: April 6, 2020
                                                     _____
                                                     HONORABLE VINCE CHHABRIA
20                                                   United States District Judge

STIPULATION AND [PROPOSED] ORDER          2
CR-20-00126-VC