**PROPOSED ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Jacqueline S. Corley<br>U.S. Magistrate Judge | **RE:** | Richard Eugene Hartman |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 0971 3:20CR00126 |// 
| **Date:** | 6/22/20 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Kim Do                                             (408) 535-5224

U.S. Pretrial Services Officer                **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

   A.   The defendant's location monitoring and curfew conditions will be removed.

   B.   _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____                    _____
*Jacqueline Scott Corley*                     June 22, 2020
**JUDICIAL OFFICER**                          **DATE**