IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD HARTMAN,<br><br>　　　　Defendant. | **Case No.:** CR 20–126 VC<br><br>[~~PROPOSED~~] **ORDER TO CONTINUE STATUS HEARING TO OCTOBER 27, 2020 FOR A CHANGE OF PLEA HEARING, AND TO EXCLUDE TIME** |

　　Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the status hearing date of September 22, 2020, is vacated and reset for a change of plea hearing on October 27, 2020, at 10:30 a.m.

　　It is FURTHER ORDERED that the time is excluded, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from September 22, 2020 through October 27, 2020.

　　IT IS SO ORDERED.

Dated: September 21, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge