DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANKUR SHINGAL (CABN 303434)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7108
    FAX: (415) 436-7234
    Ankur.Shingal@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-CR-00126 |
| Plaintiff, | NOTICE OF SUBSTITUTION OF COUNSEL |
| v. | |
| RICHARD EUGENE HARTMAN, | |
| Defendant. | |

    The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise the Court that Assistant United States Attorney Ankur Shingal appears in this matter in substitution of AUSA Molly Smolen. Future ECF notices should be sent to Assistant United States Attorney Shingal with the following contact information: Ankur Shingal, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102, Telephone: (415) 436-7108, Email: Ankur.Shingal@usdoj.gov. AUSA Molly Smolen should be removed from the list of persons to be noticed.

//

//

//

//

NOTICE OF SUBSTITUTION OF COUNSEL      1      v. 11/1/2018
20-CR-00126

1  DATED: October 5, 2020				Respectfully submitted,

2							DAVID L. ANDERSON
							United States Attorney
3

4
							____*Ankur Shingal*____
5							ANKUR SHINGAL
							Assistant United States Attorney
6

NOTICE OF SUBSTITUTION OF COUNSEL         2					v. 11/1/2018
20-CR-00126