STEVEN G. KALAR
Federal Public Defender
Northern District of California
ANGELA M. HANSEN
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Angela_Hansen@fd.org

Counsel for Defendant HARTMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 20–126 VC (JSC) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY MODIFY DEFENDANT'S BOND TO ALLOW OUT-OF-DISTRICT TRAVEL** |
| v. | |
| RICHARD HARTMAN, | |
| Defendant. | Hon. Jacqueline Scott Corley |

Richard Hartman is charged with the possession of child pornography. He made his initial appearance on February 28, 2020, and the Court ordered him released from custody on March 5, 2020. He has been full compliance with terms of his release. Mr. Hartman requests permission to travel to Sacramento, California with his parents on Sunday, October 25, 2020, to visit with family. Mr. Hartman's pretrial officer agrees with this request. The government does not oppose this request. For these reasons, Mr. Hartman asks the Court to modify his bond to allow him to travel to the Eastern District of California on October 25, 2020.

IT IS SO STIPULATED.

Dated: October 22, 2020

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S/
ANGELA M. HANSEN
Assistant Federal Public Defender

Dated: October 22, 2020

DAVID L. ANDERSON
United States Attorney
Northern District of California

/S/
ANKUR SHINGAL
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER TO MODIFY BOND
*HARTMAN*, CR 20–126 VC (JSC)

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 20–126 VC (JSC) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER TEMPORARILY MODIFYING DEFENDANT'S BOND TO ALLOW OUT-OF-DISTRICT TRAVEL** |
| v. | |
| RICHARD HARTMAN, | |
| Defendant. | |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that Mr. Hartman may travel with his parents to the Eastern District of California on October 25, 2020.


IT IS SO ORDERED.


Dated: _____

THE HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge