```
 1  DAVID L. ANDERSON (CABN 149604)
    United States Attorney
 2
    HALLIE HOFFMAN (CABN 210020)
 3  Chief, Criminal Division

 4  JOSEPH TARTAKOVSKY (CABN 282223)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102-3495
        Telephone: (415) 370-2413
 7      FAX: (415) 436-7234
        Joseph.Tartakovsky@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. 20-CR-00126 |
|---|---|
| Plaintiff, | ) NOTICE OF SUBSTITUTION OF COUNSEL |
| v. | ) |
| RICHARD EUGENE HARTMAN, | ) |
| Defendant. | ) |

The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise the Court that Assistant United States Attorney Joseph Tartakovsky appears in this matter in substitution of AUSA Ankur Shingal. Future ECF notices should be sent to Assistant United States Attorney Tarakovsky with the following contact information:

AUSA Joseph Tartakovsky
U.S. Attorneys Office Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Phone: (415) 340-2413
Fax: (415) 436-7234
Email: Joseph.Tartakovsky@usdoj.gov

AUSA Ankur Shingal should be removed from the list of persons to be noticed..

DATED: February 02, 2021            Respectfully submitted,

                                               DAVID L. ANDERSON
                                               United States Attorney

                                               /s/ Joseph Tartakovsky
                                               _____
                                               JOSEPH TARTAKOVSKY
                                               Assistant United States Attorney