IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD HARTMAN,<br><br>Defendant. | **Case No.:** CR 20–126 VC<br><br>~~[PROPOSED]~~ **ORDER TO CONTINUE SENTENCING HEARING DATE** |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the sentencing hearing date of March 2, 2021, is vacated and reset for April 27, 2021, at 3:00 p.m.

IT IS SO ORDERED.

Dated: February 16, 2021

THE HONORABLE VINCE CHHABRIA
United States District Judge