STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

Ankur Shingal (CABN 303434)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Ankur.Shingal@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-00126 VC |
| Plaintiff, | NOTICE OF SUBSTITUTION OF COUNSEL |
| v. | |
| RICHARD EUGENE HARTMAN, | |
| Defendant. | |

    The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise the Court that Assistant United States Attorney Ankur Shingal appears in this matter in substitution of Assistant United States Attorney Joseph Friedman Tartakovsky. Future ECF notices should be sent to Assistant United States Attorney Shingal, whose contact information is as follows:

    Ankur Shingal
    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7108
    Email: ankur.shingal@usdoj.gov

    Assistant United States Attorney Joseph Friedman Tartakovsky should be removed from the list of persons to be noticed.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 12, 2021 | Respectfully submitted, |
| 3 | | STEPHANIE M. HINDS |
| 4 | | Acting United States Attorney |
| 5 | |   /s/ Ankur Shingal |
| 6 | | ANKUR SHINGAL<br>Assistant United States Attorney |

NOTICE OF SUBSTITUTION OF COUNSEL        2
CR 20-00126 VC