GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
ANGELA M. HANSEN
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:  (510) 637-3507
Email:  Angela_Hansen@fd.org

Counsel for Defendant HARTMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD HARTMAN,<br><br>Defendant. | Case No.: CR 20–126 VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING DATE**<br><br>Hearing Date: April 27, 2021 |

The above-captioned matter is set for a sentencing hearing on April 27, 2021 before this Honorable Court. The parties jointly request that the Court continue this matter to May 18, 2021 for a sentencing hearing. The parties agree that the Speedy Trial Act does not apply.

Richard Hartman is charged with the possession of child pornography. He pleaded guilty pursuant to an agreement with the government, and he is scheduled to appear before the Court for a sentencing hearing on April 27, 2021. The parties request that the Court continue this matter because the government and defense recently agreed to terms for the restitution sought in this case and need additional time to get the terms of that agreement to the probation office for the final presentence investigation report. Counsel for Mr. Hartman conferred with the probation officer assigned to this

1  case and she is available on the requested date.

2

3                                                                  IT IS SO STIPULATED.

4
  Dated:    April 12, 2021
5

6                                                                  GEOFFREY A. HANSEN
                                                                   Acting Federal Public Defender
7                                                                  Northern District of California

8                                                                          /S/
                                                                   ANGELA M. HANSEN
9                                                                  Assistant Federal Public Defender

10
   Dated:    April 12, 2021
11

12                                                                 STEPHANIE HINDS
                                                                   Acting United States Attorney
13                                                                 Northern District of California

14                                                                         /S/
                                                                   ANKUR SHINGAL
15                                                                 Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING DATE
*HARTMAN*, CR 20–126 VC

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 20–126 VC |
| Plaintiff, | [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING DATE |
| v. | |
| RICHARD HARTMAN, | |
| Defendant. | |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the sentencing hearing date of April 27, 2021, is vacated and reset for May 18, 2021, at 3:00 p.m.

IT IS SO ORDERED.

Dated: April 14, 2021

_____
THE HONORABLE VINCE CHHABRIA
United States District Judge