UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: CR 20-0126 VC |
| ) | |
| Plaintiff, ) | ~~[PROPOSED]~~ **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| v. ) | |
| ) | |
| RICHARD EUGENE HARTMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On December 20, 2022, this Court entered a Preliminary Order of Forfeiture forfeiting the following property as to Richard Eugene Hartman, pursuant to Title 18, United States Code, Section 2253(a), Title 28, United States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules and Criminal Procedure and Title 21, United States Code, Section 853:

- PNY 128 GB USB Drive

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions claiming the property have been filed.

**THEREFORE, IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States pursuant Title 18, United States Code, Section 2253(a), Title 28, United States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules and Criminal

~~[PROPOSED]~~ FINAL ORDER OF FORFEITURE
CR 20-0126 VC                                              1

Procedure and Title 21, United States Code, Section 853, and that all rights, title, and interest in the property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS SO ORDERED this __24__ day of ____August____ 2023.

_____
HON. VINCE CHHABRIA
United States District Judge